# EXHIBIT A

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party*
*Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts
Form AOC/01
(Revised 1/1/2001)

Court Identification
Docket Number

| 2 | 4 | C | I |

County | Judicial Court ID
District (CH, CI, CO)

Case Year
| 2 | 0 | 1 | 9 |

Docket Number
| 0 | 0 | 1 | 6 | 9 |

Local Docket ID

CLS

| | | | 3 | 9 |
Month   Date   Year
This area to be completed by clerk

Case Number if filed prior to 1/1/94

---

IN THE CIRCUIT _____ COURT OF HARRISON _____ COUNTY

Short Style of Case: Baillie Bye v. MGM Resorts International, Inc. d/b/a Beau Rivage Resort and Casino

Party Filing Initial Pleading: Type/Print Name  Daniel M. Waide                    MS Bar No.  103543

Check (✓) if Not an Attorney ____  Check (✓) if Pro Hac Vice ____   Signature _____

Compensatory Damages Sought:  $ _____        Punitive Damages Sought: $ _____

Is Child Support contemplated as an issue in this suit? ____ Yes ____ No   If "yes" is checked, please submit a completed Child Support
Information Sheet with Final Decree/Judgment

PLAINTIFF - PARTY(IES) INITIALLY BRINGING SUIT SHOULD BE ENTERED FIRST (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL PLAINTIFFS ON SEPARATE FORM

Individual  ~~Smith~~  Bye                    Michael  Baillie                    ( _____ )
           Last Name           First Name              Maiden Name, if Applicable        Middle Init.    Jr/Sr/III/IV

Address of Plaintiff

____ Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

____ Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency

Business _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

____ Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A: _____

DEFENDANT - NAME OF DEFENDANT (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL DEFENDANTS ON SEPARATE FORM

Individual _____
           Last Name           First Name              Maiden Name, if Applicable        Middle Init.    Jr/Sr/III/IV

____ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

____ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency

Business  MGM Resorts International, Inc.
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

✓  Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
D/B/A:  Beau Rivage Resort and Casino

ATTORNEY FOR THIS DEFENDANT: ____ Bar No. ____ or ____ Name: _____  Pro Hac Vice (✓) ____
(if known)

---

In left hand column, check one (1) box that best describes
the nature of this suit. In right hand column check all
boxes which indicate secondary claims.

**Business/Commercial**
- Accounting (Business)
- Bankruptcy
- Business Dissolution - Corporation
- Business Dissolution - Partnership
- Debt Collection
- ✓ Employment
- Examination of Debtor
- Execution
- Foreign Judgment
- Garnishment
- Pension
- Receivership
- Replevin
- Stockholder Suit
- Other

**Domestic Relations**
- Child Custody/Visitation
- Child Support
- Contempt
- Divorce: Fault
- Divorce: Irreconcilable Differences
- Domestic Abuse
- Emancipation
- Modification
- Paternity
- Property Division
- Separate Maintenance
- Termination of Parental Rights
- UIFSA (formerly URESA)

**Contract**
- Breach of Contract
- Installment Contract
- Insurance
- Product Liability under Contract
- Specific Performance
- Other

**Probate**
- Accounting (Probate)
- Birth Certificate Correction
- Commitment
- Conservatorship
- Guardianship
- Heirship
- Intestate Estate
- Minor's Settlement
- Muniment of Title
- Name Change
- Power of Attorney
- Testate Estate
- Will Contest
- Other

**Statutes/Rules**
- Bond Validation
- Civil Forfeiture
- Declaratory Judgment
- ERISA
- Eminent Domain
- Extraordinary Writ
- Federal Statutes
- Injunction or Restraining Order
- Municipal Annexation
- Railroad
- Seaman
- Other

**Appeals**
- Administrative Agency
- County Court
- Hardship Petition (Driver License)
- Justice Court
- MS Employment Security Comm'n
- Municipal Court
- Oil & Gas Board
- Workers' Compensation
- Other

**Children and Minors - Non-Domestic**
- Adoption - Noncontested
- Consent to Abortion for Minor
- Removal of Minority
- Other

**Torts-Personal Injury**
- Bad Faith
- Fraud
- Loss of Consortium
- Malpractice - Legal
- Malpractice - Medical
- Negligence - General
- Negligence - Motor Vehicle
- Products Liability
- Wrongful Death
- Other

**Mass Tort**
- Asbestos
- Chemical Spill
- Dioxin
- Hand/Arm Vibration
- Hearing Loss
- Radioactive Materials
- Other

**Real Property**
- Adverse Possession
- Ejectment
- Eminent Domain
- Judicial Foreclosure
- Lien Assertion
- Partition
- Receiver Appointment
- Tax Sale: Confirmation/Cancellation
- Title, Boundary &/or Easement
- Other

**Civil Rights**
- Elections
- Habeas Corpus
- Post Conviction Relief
- Prisoner
- Other

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI

*Second Judicial District*

BAILIE BYE                                                                    PLAINTIFF

V.                                                CIVIL ACTION NO.: A2402-2019-169

MGM RESORTS INTERNATIONAL, INC.
d/b/a BEAU RIVAGE RESORT AND CASINO                                    DEFENDANT

---

## SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF HARRISON

TO:     MGM Resorts International, Inc.
        d/b/a Beau Rivage Resort and Casino
        c/o Corporation Service Company
        7716 Old Canton Road, Suite C
        Madison, MS 39110

**THE COMPLAINT, WHICH IS ATTACHED TO THIS SUMMONS, IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand deliver a copy of a written response to the Complaint to Daniel M. Waide, P.O. Box 17738, Hattiesburg, MS 30404, attorney for the Plaintiffs. Your response to the Complaint must be mailed or delivered within 30 days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this 13th day of November, 2019.

Connie Ladner,
HARRISON COUNTY CIRCUIT CLERK

By: _____

Daniel M. Waide, (MSB#103543)
1300 HARDY ST.
P.O BOX 17738
HATTIESBURG, MS 39404
601-582-4553 (OFFICE)
601-582-4556 (FAX)
dwaide@jhrlaw.net

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
Second Judicial District

**BAILIE BYE**                                                                          **PLAINTIFF**

FILED

NOV 1 3 2019

CONNIE LADNER
CIRCUIT CLERK
BY _____ D.C.

**VERSUS**                                                CIVIL ACTION NO.: A2402-2019-169

**MGM RESORTS INTERNATIONAL, INC,**
**d/b/a BEAU RIVAGE RESORT AND CASINO**                                    **DEFENDANT**

**JURY TRIAL DEMANDED**

## COMPLAINT

This is an action to recover actual and punitive damages for pregnancy discrimination in violation of the Title VII of the Civil Rights Act of 1964 and sex discrimination. The following facts support the action:

1.

Plaintiff, Bailie Bye, is an adult resident citizen of Harrison County, Mississippi who may be contacted through undersigned Counsel.

2.

Defendant, MGM RESORTS INTERNATIONAL, INC. is a foreign corporation licensed and doing business in Mississippi who may be served with process through its registered agent Corporation Service Company at 7716 Old Canton Road, Suite C, Madison, Mississippi 39110.

3.

This court has concurrent jurisdiction under 28 U.S.C. § 1331 and civil rights jurisdiction under 28 § 1343, for a cause of action arising under the Title VII of the Civil Rights Act of 1964,

as amended by the Civil Rights Act of 1991. Venue is proper, because Defendant's employed in Plaintiff in Biloxi, Mississippi.

4.

Plaintiff has filed an EEOC charge attached hereto as Exhibit "A" and has received a Right-to-Sue letter attached hereto as Exhibit "B". Plaintiff filed a second EEOC charge attached hereto as Exhibit "C" and has received a Right-to-Sue letter attached hereto as Exhibit "D."

5.

Plaintiff was employed by the Defendant in Biloxi as a waitress for several years. Plaintiff did an excellent job and was even told by the casino CEO that she was an excellent employee. Prior to having her second child, out of town management would often sit in Plaintiff's section at the restaurant because of the service the Plaintiff provided.

6.

Following the birth of Plaintiff's first child while working for the Defendant, Plaintiff experienced extreme difficulties in being allowed time to breast pump while at work. The issues became so bad that Plaintiff had to quit breast feeding and pumping and Plaintiff experienced issues of post-partem depression.

7.

Plaintiff's second child was born in early 2019 and Plaintiff returned from maternity leave in March of 2019. Again, Plaintiff attempted to pump so the she could breast feed her new baby. Plaintiff again began to experience difficulties from the Defendant in being allowed time at work to pump. This time however, the Plaintiff had learned that under Title VII and the

pregnancy discrimination act that she was entitled to pump at work and Plaintiff went to her managers and human resources.

8.

Plaintiff was told that a room would be provided and that she would be allowed breaks to pump at work. The room was filthy, and Plaintiff had to complain to make sure that the room was cleaned up so that the room was sanitary to pump.

9.

Plaintiff began to experience harassment from managers and co-workers because of her need for extra break time to pump at work. Plaintiff's breaks were sporadic and Plaintiff had to beg her managers to allow her to take breaks. Every time she needed a break the Plaintiff was questioned or told that she had to wait.

10.

Plaintiff's doctor even wrote a note stating that Plaintiff needed breaks at designated times, which the Defendant questioned and demanded more from the doctors. When Plaintiff was not given regular breaks, her breast became engorged from milk production and painful to the point that Plaintiff would be in unbearable pain at work.

11.

As an example, Plaintiff went to her managers because she needed her pump break, which was well past due. Plaintiff was told that she could not take a break until employees who had not taken their breaks yet had taken their breaks. Plaintiff was told that once the other employees took breaks, she could then take her pump break, which would have been hours past its required time.

12.

Plaintiff came to learn that at least one manager was trying to get Plaintiff terminated and that the manager had a group text message with all the staff except for Plaintiff. When this issue was brought up to the Defendant, no action was taken.

13.

Because of the Plaintiff's pumps breaks and complaints, co-workers began to harass Plaintiff. Plaintiff was often left without supplies for her station, while all other servers had their stations fully stocked. On one occasion, Plaintiff had to leave early because her child had to be taken to the hospital. As Plaintiff was leaving, co-workers began yelling and cheering that Plaintiff was leaving early. Supervisors admitted that these co-workers should not behave in such a manner, but no action was taken by the Defendant.

14.

After Plaintiff made her initial Complaint to the EEOC, supervisors and out of town Defendant employees began to avoid sitting in Plaintiff's section. Supervisors began to avoid Plaintiff and co-workers began to harass and mistreat Plaintiff even more than before. The stress and anxiety became unbearable. Plaintiff continued to endure physical pain from not being allowed to take pump breaks. Plaintiff was forced to leave her employment because she could no longer endure the harassment and physical pain from not being allowed to take her pump breaks.

15.

The acts and omissions of the Defendant was in violation of Title VII. Plaintiff lost her employment because of her pregnancy and being female. Plaintiff's constructive discharge was a direct and proximate result of the Defendant's acts and omissions.

16.

Plaintiff is entitled to actual damages for mental anxiety and stress and lost income. Defendant's actions are outrageous such that punitive damages are due.

## PRAYER FOR RELIEF

Plaintiff prays for actual, compensatory, special, and punitive damages in the amount to be determined by a jury, reinstatement and for reasonable attorney's fees.

THIS the 12 day of November, 2019.

Respectfully submitted,

BAILIE BYE,
PLAINTIFF

DANIEL M. WAIDE, MSB #103543

Daniel M Waide, MS Bar #103543
Johnson, Ratliff & Waide, PLLC
1300 Hardy Street
Hattiesburg, MS 39401
T: (601) 582-4553
F: (601) 582-4556
dwaide@jhrlaw.net

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA  X EEOC | |

_____ and EEOC
_State or local Agency, if any_

| Name (Indicate Mr. Ms, Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Baille Bye | 228-860-6334 | 12/28/1993 |

| Street Address | City, State and ZIP Code |
|---|---|
| 21265 Success Road, Saucier, MS 39574 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. _(If more than two, list under PARTICULARS below.)_

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Beau Rivage Resort & Casino | 15 + | 888-567-6667 / 228-386-7516 |

| Street Address | City, State and ZIP Code |
|---|---|
| 875 Beach Blvd       Biloxi, MS    39530 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

___ RACE   ___ COLOR  X SEX  ___ RELIGION  ___ NATIONAL ORIGIN

X RETALIATION  ___ AGE  ___ DISABILITY  ___ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
March 15, 2019

X CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):
I want the EEOC to investigate my claims of sex discrimination. I am a server at the Terrace Café at the Beau Rivage. I returned from maternity leave in March of 2019 and since that time I have been denied the ability to take needed breaks and use a breast pump. I even went to the extent of getting a doctor's note telling my supervisors that I had to take breaks to pump. Even with the doctors note I am not allowed breaks unless it is convenient for my managers, causing me a lot of pain and issues with milk production and leaking. I have complained to every person in management and the more I complain the more harassment I incur at work, including frivolous write ups and loss of tables.
I have been sent home after going to human resources and the managers have actually stirred up other workers to harass me even more. My supervisors refuse to provide me reasonable accommodations and breaks, even though we have people who's job it is to allow servers to take breaks.

I want the EEOC to investigate my claims of harassment, discrimination, and retaliation.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| 5/29/2019                _Baille Bye_  Date              Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EXHIBIT
A

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Ballie Bye
21265 Success Road
Saucier, MS 39574

From: Jackson Area Office
100 West Capitol Street
Suite 338
Jackson, MS 39269

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 423-2019-01391 | Mildred J. Stuckey, Enforcement Supervisor | (601) 948-8406 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Eszean S. McDuffey,
Director

09/17/2019
(Date Mailed)

Enclosures(s)

cc: Debbie Ramey
Sr. Employee/Labor Relations Partner
BEAU RIVAGE RESORT & CASINO
875 Beach Boulevard
Biloxi, MS 39530

Daniel M. Waide
JOHNSON, RATLIFF & WAIDE, PLLC
Post Office Box 17738
Hattiesburg, MS 39404

Case: 24CI2:19-cv-00169      Document #: 1-2      Filed: 11/13/2019


EXHIBIT

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should keep a record of this date. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed within 90 days of the date this Notice was *mailed* to you (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit **before 7/1/10** -- not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request **within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

05/31/2019 FRI 13:22   FAX 6017994556 Johnson Ratliff Waide                    ☑002/002

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  X EEOC | 423-2019-01391 |

                                    _____ and EEOC
                                    State or local Agency, if any

| Name (indicate Mr, Ms, Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Bailie Bye | 228-860-6334 | 12/28/1993 |

| Street Address | City, State and ZIP Code |
|---|---|
| 21265 Success Road, Saucier, MS 39574 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Beau Rivage Resort & Casino | 15 + | 888-567-6667 / 228-386-7516 |

| Street Address | City, State and ZIP Code |
|---|---|
| 875 Beach Blvd        Biloxi, MS        39530 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| __ RACE  __ COLOR  X SEX  __ RELIGION  __ NATIONAL ORIGIN | Earliest        Latest |
|  | March 16, 2019 |
| X RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.) | X CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

I want the EEOC to investigate my claims of sex discrimination. I am a server at the Terrace Café at the Beau Rivage. I returned from maternity leave in March of 2019 and since that time I have been denied the ability to take needed breaks and use a breast pump. I even went to the extent of getting a doctor's note telling my supervisors that I had to take breaks to pump. Even with the doctors note I am not allowed breaks unless it is convenient for my managers, causing me a lot of pain and issues with milk production and leaking. I have complained to every person in management and the more I complain the more harassment I incur at work, including frivolous write ups and loss of tables.

I have been sent home after going to human resources and the managers have actually stirred up other workers to harass me even more. My supervisors refuse to provide me reasonable accommodations and breaks, even though we have people who's job it is to allow servers to take breaks.

I want the EEOC to investigate my claims of harassment, discrimination, and retaliation.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| 5/29/2019         Bailie Bye  Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (3/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | _ FEPA  X EEOC | |

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Bailia Bye | 228-860-6334 | 12/28/1993 |

Street Address: 21265 Success Road, Saucier, MS 39574    City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Beau Rivage Resort & Casino | 15 + | 888-567-6667 |

Street Address: 875 Beach Blvd    Biloxi, MS    39530

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address                    City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

_ RACE  _ COLOR  _ SEX  _ RELIGION  _ NATIONAL ORIGIN

_X_ RETALIATION  _ AGE  _ DISABILITY  _ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: March 15, 2019   Latest: July 2, 2019

____ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):
I previously filed a charge with the EEOC against the Beau Rivage Resort & Casino. I was forced to quit my job at the Beau Rivage due to them refusing to allow me to take breaks to pump breast milk, along with harassment from my coworkers.

I want the EEOC to investigate my claims of harassment, discrimination, and retaliation.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 8/2/2019  Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EXHIBIT C

EEOC Form 181 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Ballie Bye<br>21265 Success Road<br>Saucier, MS 39574 | From: Jackson Area Office<br>100 West Capitol Street<br>Suite 338<br>Jackson, MS 39269 |
|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 423-2019-01781 | Mildred J. Stuckey,<br>Enforcement Supervisor | (601) 948-8406 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_(signature)_                                     09/17/2019

Eazean S. McDuffey,                          (Date Mailed)
Director

Enclosure(s)

cc:
Debbie Ramey                                  Daniel M. Waide, Esq.
Sr. Employee/Labor Relations Partner          JOHNSON, RATLIFF & WAIDE, PLLC
BEAU RIVAGE RESORT & CASINO                   1300 Hardy Street
875 Beach Boulevard                           Hattiesburg, MS 39401
Biloxi, MS 39530


EXHIBIT

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge <u>within
90 days</u> of the date you *receive* this Notice. Therefore, you should keep a record of this date. Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to
consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, its envelope, and tell
him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely
manner, it is prudent that your suit be filed within 90 days of the date this Notice was *mailed* to you (as
indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate
State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of
your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the
charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include
any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters
alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in
some cases can be brought where relevant employment records are kept, where the employment would have
been, or where the respondent has its main office. If you have simple questions, you usually can get answers from
the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint
or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred more than <u>2 years (3 years)</u> before you file suit may not be collectible. For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
<u>before 7/1/10</u> -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above,
because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it in writing and provide
your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge
file, please **make your review request** <u>within 6 months</u> **of this Notice.** (Before filing suit, any request should be
made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s) |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 423-2019-01781 |

and EEOC

_____ State or local Agency, if any

| Name (indicate Mr. Ms. Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Bailie Bye | 228-860-8934 | 12/28/1993 |

Street Address                    City, State and ZIP Code
21265 Success Road, Saucier, MS 39574

Named is the Employer, Labor Organization, Employment Agency Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Beau Rivage Resort & Casino | 15 + | 888-567-6667 |

Street Address          City, State and ZIP Code
875 Beach Blvd     Biloxi, MS     39530

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
|  |  |  |

Street Address          City, State and ZIP Code

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ___ RACE ___ COLOR ___ SEX ___ RELIGION ___ NATIONAL ORIGIN<br>_X_ RETALIATION ___ AGE ___ DISABILITY ___ OTHER (Specify below.) | Earliest: March 15, 2019   Latest: July 2, 2019<br>___ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):
I previously filed a charge with the EEOC against the Beau Rivage Resort & Casino. I was forced to quit my job at the Beau Rivage due to them refusing to allow me to take breaks to pump breast milk, along with harassment from my coworkers.

I want the EEOC to investigate my claims of harassment, discrimination, and retaliation.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY -- When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 8/2/2019<br>Date   *[signature]* Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

RECEIVED

U.S. EEOC/JAO

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
*Second Judicial District*

**BAILIE BYE**                                                                                                    **PLAINTIFF**

**V.**                                                           CIVIL ACTION NO.: *A2402-2019-169*

**MGM RESORTS INTERNATIONAL, INC.**
**d/b/a BEAU RIVAGE RESORT AND CASINO**                                               **DEFENDANT**

---

## SUMMONS

**THE STATE OF MISSISSIPPI**
**COUNTY OF HARRISON**

TO:     MGM Resorts International, Inc.
        d/b/a Beau Rivage Resort and Casino
        c/o Corporation Service Company
        7716 Old Canton Road, Suite C
        Madison, MS 39110

**THE COMPLAINT, WHICH IS ATTACHED TO THIS SUMMONS, IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand deliver a copy of a written response to the Complaint to <u>Daniel M. Waide</u>, P.O. Box 17738, Hattiesburg, MS 30404, attorney for the Plaintiffs. Your response to the Complaint must be mailed or delivered within 30 days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.  You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this 13th day of November, 2019.

Connie Ladner,
HARRISON COUNTY CIRCUIT CLERK

By: _____

Daniel M. Waide, (MSB#103543)
1300 HARDY ST.
PO BOX 17738
HATTIESBURG, MS 39404
601-582-4553 (OFFICE)
601-582-4556 (FAX)
dwaide@jhrlaw.net

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
*Second Judicial District*

BAILIE BYE                                                         PLAINTIFF

V.                                      CIVIL ACTION NO.: *A2402-2019-169*

MGM RESORTS INTERNATIONAL, INC.
d/b/a BEAU RIVAGE RESORT AND CASINO                                DEFENDANT

---

## SUMMONS

**THE STATE OF MISSISSIPPI**
**COUNTY OF HARRISON**

TO:     MGM Resorts International, Inc.
        d/b/a Beau Rivage Resort and Casino
        c/o Corporation Service Company
        7716 Old Canton Road, Suite C
        Madison, MS 39110

**THE COMPLAINT, WHICH IS ATTACHED TO THIS SUMMONS, IS IMPORTANT AND YOU
MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

        You are required to mail or hand deliver a copy of a written response to the Complaint to Daniel
M. Waide, P.O. Box 17738, Hattiesburg, MS 30404, attorney for the Plaintiffs. Your response to the
Complaint must be mailed or delivered within 30 days from the date of delivery of this Summons and
Complaint or a judgment by default will be entered against you for the money or other things demanded in
the Complaint.  You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

        Issued under my hand and seal of said Court, this *13th* day of November, 2019.

                                        Connie Ladner,
                                        **HARRISON COUNTY CIRCUIT CLERK**

                                        By: *Michele M.*

Daniel M. Waide, (MSB#103543)
1300 HARDY ST.
PO BOX 17738
HATTIESBURG, MS 39404
601-582-4553 (OFFICE)
601-582-4556 (FAX)
dwaide@jhrlaw.net

## AFFIDAVIT OF SERVICE

| Case:<br>A2402-<br>2019-169 | Court:<br>IN THE CIRCUIT COURT OF HARRISON COUNTY,<br>MISSISSIPPI SECOND JUDICIAL DISTRICT | County:<br>HARRISON, MS | Job:<br>4056196 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>BAILEY BYE | | Defendant / Respondent:<br>MGM RESORTS INTERNATIONAL, INC. D/B/A BEAU RIVAGE RESORT<br>AND CASINO | |
| Received by:<br>Spencer Process Service | | For:<br>JOHNSON, RATLIFF & WAIDE, PLLC | |
| To be served upon:<br>MGM RESORTS INTERNATIONAL, INC. D/B/A BEAU RIVAGE RESORT AND CASINO C/O CORPORATION SERVICE COMPANY | | | |

I, Bobby McGuffle, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   ROBBIE KEY, ADMIN ASSISTANT, AUTHORIZED TO ACCEPT SERVICE FOR MGM RESORTS INTERNATIONAL, INC.
                         D/B/A BEAU RIVAGE RESORT AND CASINO C/O CORPORATION SERVICE COMPANY, 7716 OLD CANTON RD
                         SUITE C, MADISON, MS 39110

Manner of Service:   Corporation, Dec 6, 2019, 9:15 am CST

Documents:   SUMMONS, COMPLAINT, COVER SHEET CIVIL CASE FILING FORM WITH EXHIBITS (Received Dec 5, 2019 at
                   3:15pm CST)

Additional Comments:
1) Successful Attempt: Dec 6, 2019, 9:15 am CST at 7716 OLD CANTON RD SUITE C, MADISON, MS 39110 received by ROBBIE KEY, ADMIN ASSISTANT, AUTHORIZED TO ACCEPT SERVICE FOR MGM RESORTS INTERNATIONAL, INC. D/B/A BEAU RIVAGE RESORT AND CASINO C/O CORPORATION SERVICE COMPANY. Age: 63; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'4"; Hair: Brown; Eyes: Green;

Subscribed and sworn to before me by the affiant who is
personally known to me.

Bobby McGuffle          12/8/19
                         Date

Spencer Process Service
664 HIGHWAY 2
CORINTH, MS 38834
662-872-3259

Notary Public

12/8/19
Date              Commission Expires

LINDSEY M. BRYANT
Commission Expires