# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **BAILIE BYE,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| Plaintiff, | ) | **1:20-cv-3-HSO-JCG** |
| | ) | |
| v. | ) | **JUDGE:** |
| | ) | **HALIL SUL OZERDEN** |
| | ) | |
| **MGM RESORTS INTERNATIONAL,** | ) | **MAGISTRATE:** |
| **INC. d/b/a BEAU RIVAGE RESORT** | ) | **JOHN C. GARGIULO** |
| **AND CASINO,** | ) | |
| | ) | |
| Defendant. | ) | **UNOPPOSED** |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

**NOW COMES** defendant, MGM Resorts International, Inc.[1], ("Defendant" or "MGM"), through undersigned counsel, and respectfully moves this Court for an extension of the deadline to respond to plaintiff's Complaint.

1. On November 13, 2019, plaintiff, Bailie Bye, filed a Complaint against MGM in Circuit Court of Harrison County, Second Judicial District, Mississippi;

2. MGM was served with a copy of the State Court Complaint through its agent for service of process on December 6, 2019.

3. MGM removed the matter to this Court on January 6, 2020;

---

[1] Beau Rivage Resorts, LLC is the proper defendant in this matter and the entity that employed Plaintiff.

4. Undersigned counsel requires additional time to investigate and respond to plaintiff's allegations.

5. Undersigned counsel contacted Plaintiff's counsel regarding the requested extension and Plaintiff's counsel consents to this motion.

6. This request is not made for purposes of delay.

Accordingly, defendant respectfully requests that the Court issue an Order extending the time for the filing of its responsive pleading for fourteen (14) days until and including January 27, 2020.

Respectfully submitted this the 10th day of January, 2020.

                                              */s/ Tammy L. Baker*
                                              Tammy L. Baker (MS Bar No. 104034)
                                              tammy.baker@jacksonlewis.com
                                              **JACKSON LEWIS P.C.**
                                              800 Shades Creek Parkway, Ste. 870
                                              Birmingham, Alabama 35209
                                              Telephone:  205-332-3106
                                              Facsimile:  205-332-3131

                                              **Attorney for Defendant**
                                              **MGM Resorts International, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2020, I have served a true and correct copy of the foregoing via the Court's CM/ECF filing system upon the following counsel of record:

> Daniel M. Waide
> 1300 Hardy Street
> P.O. Box 17738
> Hattiesburg, MS 39404

> */s/ Tammy L. Baker*
> Counsel for Defendant