# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **BAILIE BYE,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **1:20-cv-3-HSO-JCG** |
| | ) | |
| v. | ) | **JUDGE:** |
| | ) | **HALIL SUL OZERDEN** |
| | ) | |
| **MGM RESORTS INTERNATIONAL,** | ) | **MAGISTRATE:** |
| **INC. d/b/a BEAU RIVAGE RESORT** | ) | **JOHN C. GARGIULO** |
| **AND CASINO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO WITHDRAW MOTION TO STAY PROCEEDINGS

On May 5, 2020, Defendant MGM Resorts International, Inc. d/b/a Beau Rivage Resort and Casino ("MGM") moved the Court to stay proceedings [Doc. 09]. Based on the status conference before the Court on August 11, 2020, and the parties' agreement that Defendant will be permitted to provide discovery responses within 30 days from the date of the conference as well as the understanding that the parties will update the Court should any additional COVID-19 issues result in the need for additional time to complete discovery, Defendant respectfully moves to withdraw its motion to stay.

Respectfully submitted,

*/s/ Tammy L. Baker*
Tammy L. Baker (MS Bar No. 104034)
tammy.baker@jacksonlewis.com
**JACKSON LEWIS P.C.**
800 Shades Creek Parkway, Ste. 870
Birmingham, Alabama 35209
Telephone:   205-332-3106
Facsimile:   205-332-3131

Kimberly R. Ward
*Admitted Pro Hac*
Kimberly.Ward@jacksonlewis.com
**JACKSON LEWIS P.C.**
800 Shades Creek Parkway, Ste. 870
Birmingham, Alabama 35209
Telephone:   205-332-3106
Facsimile:   205-332-3131

**Attorneys for Defendant**
**Beau Rivage Resorts, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2020, I have served a true and correct copy of the foregoing via the Court's CM/ECF filing system upon the following counsel of record:

Daniel M. Waide
1300 Hardy Street
P.O. Box 17738
Hattiesburg, MS  39404

*/s/ Tammy L. Baker*
Counsel for Defendant