#### UNITED STATES DISTRICT COURT
#### SOUTHERN DISTRICT OF MISSISSIPPI
#### SOUTHERN DIVISION

| | | |
|---|---|---|
| **BAILIE BYE,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **1:20-cv-3-HSO-JCG** |
| | ) | |
| v. | ) | **JUDGE:** |
| | ) | **HALIL SUL OZERDEN** |
| | ) | |
| **MGM RESORTS INTERNATIONAL,** | ) | **MAGISTRATE:** |
| **INC. d/b/a BEAU RIVAGE RESORT** | ) | **JOHN C. GARGIULO** |
| **AND CASINO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT MOTION TO EXTEND DISCOVERY AND
### DISPOSITIVE MOTION DEADLINES AND
### TO RESCHEDULE SETTLEMENT CONFERENCE

Plaintiff Bailie Bye and Defendant MGM Resorts International, Inc. d/b/a/ Beau Rivage Resort and Casino, LLC[1], through their undersigned counsel, jointly move for an extension of the discovery and dispositive motion deadlines and to reschedule the settlement conference on the following grounds:

1    Pursuant to the original Case Management Order [Doc. 10] issued in this action, discovery shall expire on January 5, 2021.  The dispositive motion deadline is currently January 19, 2021.  Additionally, a settlement conference is scheduled for April 20, 2019.

---

[1] The Defendant in this matter is improperly identified.  Beau Rivage Resorts, LLC is the proper defendant in this matter and the entity that employed Plaintiff.  Per the Court's instructions, however, Defendant herein files the Answer in the same style of the case as set forth in Plaintiff's Complaint.

2. The parties have suffered significant delays in this matter due to the impact of the COVID-19 pandemic. As a result of the pandemic, Plaintiff's employer, Beau Rivage Resorts, LLC was ordered closed for over two months. Thereafter, Beau Rivage re-opened at limited capacity and limited staff. Additionally, management, human resources employees responsible for the collection of discovery, and witnesses were furloughed for significant periods.

3. Additionally, Plaintiff's counsel, Daniel Waide is currently scheduled for trials in January and February, which will limit scheduling availability.

4. As a result of the delays caused by the pandemic, the parties respectfully request a ninety (90) day extension of the discovery period, through and including April 5, 2021, and a concomitant extension of the dispositive motion deadline through April 19, 2021. In addition, the parties request that the Court reschedule the settlement conference to allow the parties sufficient time to conduct the necessary depositions prior to the conference.

5. This request for an extension is made in good faith and not for the purpose of delay or to prejudice the rights of any party to this action.

Respectfully submitted this 24th day of November, 2020.

| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |
|---|---|
| */s/ Daniel M. Waide (w/permission)* | */s/ Kimberly R. Ward* |
| Daniel M. Waide | Tammy L. Baker (MB# 104034) |
| 1300 Hardy Street | tammy.baker@jacksonlewis.com |
| P.O. Box 17738 | Direct Dial: 205-332-3106 |
| Hattiesburg, MS 39404 | Kimberly R. Ward |
|  | Kimberly.ward@jacksonlewis.com |
|  | Direct Dial: 205-332-3122 |
|  | Admitted *pro hac vice* |

**JACKSON LEWIS P.C.**
800 Shades Creek Parkway
Suite 870
Birmingham, Alabama  35209
Phone:  205-332-3106
Facsimile:  205-332-3131

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Daniel M. Waide
>1300 Hardy Street
>P.O. Box 17738
>Hattiesburg, MS  39404

*/s/ Kimberly R. Ward*
Counsel for Defendant