**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **BAILIE BYE,** | CIVIL ACTION NO. |
| Plaintiff, | 1:20-cv-3-HSO-JCG |
| v. | JUDGE: HALIL SUL OZERDEN |
| **MGM RESORTS INTERNATIONAL, INC. d/b/a BEAU RIVAGE RESORT AND CASINO,** | MAGISTRATE: JOHN C. GARGIULO |
| Defendant. | |

**MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendant, MGM Resorts International, Inc. d/b/a Beau Rivage Resort and Casino ("MGM" or "Beau Rivage") and, pursuant to Rule 56 of the Federal Rules of Civil Procedure and this Court's Local Rules, moves for summary judgment in its favor. In support of this Motion for Summary Judgment (the "Motion"), Beau Rivage would show unto the Court as follows:

1. There is no genuine issue of material fact, and defendant is entitled to judgment in its favor.

2. Plaintiff cannot establish a claim for pregnancy discrimination, hostile work environment, or constructive discharge under the PDA and/or Title VII.

3. The Defendant is entitled to summary judgment as a matter of law and all claims against Defendant should be dismissed with prejudice.

In support of its Motion, Beau Rivage relies on its contemporaneously filed Narrative Summary of Undisputed Facts and Brief in Support of Motion for Summary Judgment, as well as all of the following:

1. Declaration of Allison Smith Mitchell and Exhibits, attached hereto as Exhibit "A";

2. Plaintiff's Deposition and Exhibits, attached hereto as Exhibit "B";

3. Declaration of Barrett Cobb and Exhibit, attached hereto as Exhibit "C";

4. Carol Adams Deposition, attached hereto as Exhibit "D";

5. Evans Tedford Deposition, attached hereto as Exhibit "E";

6. Jennifer Cress Deposition, attached hereto as Exhibit "F";

7. Jeremy Garrison Deposition, attached hereto as Exhibit "G";

8. Kristin Dieball Deposition, attached hereto as Exhibit "H";

9. Lee McCoy Deposition, attached hereto as Exhibit "I";

10. Allison Smith Mitchell Deposition, attached hereto as Exhibit "J";

11. Declaration of Carol Adams, attached hereto as Exhibit "K";

Respectfully submitted this 19th day of May, 2021.

*/s/ Tammy L. Baker*
Tammy L. Baker (MS Bar No. 104034)
tammy.baker@jacksonlewis.com
**JACKSON LEWIS P.C.**
800 Shades Creek Parkway, Ste. 870
Birmingham, Alabama 35209

        Telephone: 205-332-3106
        Facsimile: 205-332-3131

        Kimberly R. Ward
        *Admitted Pro Hac*
        Kimberly.Ward@jacksonlewis.com
        **JACKSON LEWIS P.C.**
        800 Shades Creek Parkway, Ste. 870
        Birmingham, Alabama 35209
        Telephone: 205-332-3106
        Facsimile: 205-332-3131

        **Attorneys for Defendant**
        **Beau Rivage Resorts, LLC**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 19th day of May, 2021, I have served a true and correct copy of the foregoing via the Court's CM/ECF filing system upon the following counsel of record:

        Daniel M. Waide
        1300 Hardy Street
        P.O. Box 17738
        Hattiesburg, MS 39404

        */s/ Tammy L. Baker*
        Counsel for Defendant