IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| BAILIE BYE | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:20cv3-HSO-RHWR |
| | § | |
| MGM RESORTS INTERNATIONAL, INC. doing business as Beau Rivage Resort and Casino | § | DEFENDANT |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 16th day of December, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE